A.M.E. ZION CHURCH v.
UNION CHAPEL A.M.E. ZION CHURCH

No. 552P83.

Case below: 64 N.C. App. 391.

Petition by defendants for discretionary review under G.S. 7A-31 denied 2 February 1984.

CITY OF WILMINGTON v. PIGOTT

No. 568P83.

Case below: 64 N.C. App. 587.

Petition by defendants for discretionary review under G.S. 7A-31 denied 2 February 1984.

DOLBOW v. HOLLAND INDUSTRIAL

No. 592P83.

Case below: 64 N.C. App. 695.

Petition by defendants for discretionary review under G.S. 7A-31 denied 2 February 1984.

KIRKS v. KIRKS

No. 602P83.

Case below: 65 N.C. App. 221.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 February 1984. Notice of appeal dismissed 2 February 1984.

McCLURE v. McCLURE

No. 549P83.

Case below: 64 N.C. App. 318.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 2 February 1984.